Appeal of -                                       )
                                                  )
URS Group, Inc.                                   )        ASBCA No. 63765

## NOTICE

Enclosed is one authenticated copy of the Board's decision and two Certificates of Finality, one each for the government and appellant.

If the parties do not contemplate an appeal or motion for reconsideration, but plan to utilize the U.S. Department of the Treasury's Judgment Fund for payment of the monetary award, appellant should send its completed Certificate of Finality to the government.  The government should then send the two Certificates of Finality and a copy of the Board's decision to the U.S. Department of the Treasury, following the procedures at https://fiscal.treasury.gov/judgment-fund/award-payment-process.html.

Date: May 13, 2025

Very truly yours,

PAULLA K. GATES-LEWIS
Recorder

Enclosures

## CERTIFICATE OF FINALITY

ASBCA No. 63765                          Appeal of  URS Group, Inc.

*To be completed by Contractor.  Submit original to the government's attorney.  (If completed by an attorney or firm representing contractor, original power of attorney must accompany this form.)*

A.    Payee Taxpayer Identification Number, SSN or EIN:


B.    Address to which check or electronic fund transfer should be sent:


C.    Contractor's Certification:

Contractor hereby certifies that:

(1)      Contractor has not initiated and will not initiate any proceedings for review, reconsideration, or appeal of this award; and

(2)      Contractor agrees to accept the amount awarded: $550,000.  Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from March 19, 2025, until the date of payment.  Payment shall be a full discharge or the United States of all claims and demands arising out of the matters involved in the claim or controversy.


_____
(Signature)


_____
(Typed Name)


_____                    _____
(Date)                                                          (Title)

Please submit within 10 days to avoid unnecessary delay in payment.

## CERTIFICATE OF FINALITY

ASBCA No. 63765                                    Appeal of  URS Group, Inc.

*To be completed by the Contracting Agency.  Submit original to the Judgment Fund Branch, FMS, Department of the Treasury.*

A.    Date the contracting officer received the claim:

B.    Principal amount to be paid:

C.    Agency Finance Center and address for reimbursement:
      (Include name of finance center POC, specific office/symbol and telephone number)

D.    Agency Certification:

      Contracting agency hereby certifies that it has not initiated and will not initiate any proceedings for the review, reconsideration, or appeal of this award.

_____
(Signature)

_____
(Typed Name)

_____         _____
             (Date)                                        (Title)

Please submit within 10 days to avoid unnecessary delay in payment.

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| URS Group, Inc. | ) ASBCA No. 63765 |
| | ) |
| Under Contract No. W912DY-16-D-0026 | ) |
|   Task Order No. W9128F-18-F-0218 | ) |

APPEARANCES FOR THE APPELLANT:   Edmund M. Amorosi, Esq.
   Daniel D. Rounds, Esq.
    Haynes and Boone, LLP
    Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
   Lisa M. Haywood, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Fort Worth

OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $550,000. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from March 19, 2025, until the date of payment.

Dated: May 12, 2025

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                             I concur


_____          _____
OWEN WILSON                                LAURA EYESTER
Administrative Judge                       Administrative Judge
Acting Chairman                            Armed Services Board
Armed Services Board                       of Contract Appeals
of Contract Appeals


      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63765, Appeal of URS Group, Inc., rendered in conformance with the Board's Charter.

      Dated: May 13, 2025


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2